In the Matter of STATE OF NEW YORK, Respondent, v DANIEL OO., Appellant.

Decided August 29, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the stipulation and order of Supreme Court is not a final judgment within the meaning of the Constitution and CPLR 5601 (d) because the Mental Hygiene Law article 10 application was withdrawn without prejudice to renewal in the event of certain conditions.